AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>*Plaintiff(s)*<br>v.<br>THIRD AVENUE IMAGING LLC, UNIQUE THIRD AVE LLC, UNIQUE IMAGING SERVICES LLC, DISTINGUISHED DIAGNOSTIC IMAGING, P.C., and JOEL REISMAN<br><br>*Defendant(s)* | Civil Action No. 21-cv-05201 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNIQUE THIRD AVE LLC
282 Mountainview Drive, Unit 201
Monroe, NY 10950

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael A. Samuels
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E. 42nd Street
New York, NY  10017
Telephone: (212) 915-5735

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  06/14/2021

/s/ P. Canales
*Signature of Clerk or Deputy Clerk*

United States District Court
Southern District of New York

---

Bank of America, N.A.

                Plaintiff,

-against-

Third Avenue Imaging LLC, Unique Imaging Services LLC,
Distinguished Diagnostic Imaging, P.C., and Joel Reisman

                Defendants.

AFFIDAVIT OF SERVICE

Civil Action No. 7:21-cv-05201

---

State of New York )
                ss:
County of Albany )

Edward J. Bowmaker, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on July 7, 2021 at approximately 1:40 PM deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law: Summons in a Civil Action and Verified Complaint with Exhibits 1-6, Civil Cover Sheet, Disclosure Statement Pursuant to Federal Rule 7.1, Electronic Case Filing Rules & Instructions, Individual Practices of Judge Vincent L. Briccetti, and Individual Practices of Magistrate Judge Judith C. McCarthy, that the party served was Unique Third Ave LLC, a domestic limited liability company, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Sue Zouky, a white female with light brown hair, being approximately 60 years of age; height of 5'0", weight of 125 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                *Edward J. Bowmaker*
                                                Edward J. Bowmaker

Sworn to before me this \_\_7\_\_ day of July, 2021

*Meagan E. McGraw*
Meagan E. McGraw
Notary Public – State of New York
Qualified in Albany County
Registration No. 01MC6399665
Commission Expires: 10-28-2023