AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>*Plaintiff(s)*<br><br>v.<br><br>THIRD AVENUE IMAGING LLC, UNIQUE THIRD AVE LLC, UNIQUE IMAGING SERVICES LLC, DISTINGUISHED DIAGNOSTIC IMAGING, P.C., and JOEL REISMAN<br><br>*Defendant(s)* | Civil Action No. 21-cv-05201 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOEL REISMAN
282 Mountainview Drive, Unit 201
Monroe, NY 10950

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael A. Samuels
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E. 42nd Street
New York, NY  10017
Telephone: (212) 915-5735

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/14/2021                                                       /s/ P. Canales
                                                                                 *Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

Civil Action No.: 21-cv-05201

**BANK OF AMERICA, N.A.**
      **Plaintiff,**

    -against-

**THIRD AVENUE IMAGING LLC, ET AL,**
      **Defendants.**

---

*State of New York, County of New York SS:*
**DOMINIK PRZYBYLO**
Being duly sworn, deposes and says that he is over eighteen years of age, is not a party to this action, and resides in the State of New York.

That on the **9th** day of **JULY 2021** at: **1:53 PM**

At: **1484 WILLIAMSBRIDGE ROAD, BRONX, NEW YORK 10461**

Deponent served the: **SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT, EXHIBITS**

Upon:    **JOEL REISMAN**

### 308 (2) ALTERNATIVE METHOD (SUITABLE AGE PERSON)
By delivering thereat a true copy of the above-mentioned documents to **ARLENE C. (SECRETARY)** a person of suitable age and discretion, who stated that she is the said individual *Authorized to Accept Service* on behalf of **JOEL REISMAN.** Said premises are the defendant's place of business within the State of New York.

### MAILING
On **JULY 10, 2021** - Deponent also enclosed a copy of the above-listed documents in a postpaid, sealed wrapper properly marked *Personal and Confidential* and addressed to **JOEL REISMAN, 1484 WILLIAMSBRIDGE ROAD, BRONX, NEW YORK 10461** the defendant's actual place of business, and deposited said wrapper in mailbox under the exclusive care and custody of the United States Postal Service within the State of New York.

**DESCRIPTION** – Deponent describes the individual served as follows:
Sex: **FEMALE** Color: **HISPANIC** Hair: **BLONDE** App. Age: **35** App. Ht. **5'8"** App. Wt. **145 lbs.**
Other identifying features:

Subscribed and sworn to before
me this **10th** day of **JULY 2021**

*[signature]*
**JOLANTYNA CAGNEY**
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County 2024
Commission Expires June 14, 2016

*[signature]*
**DOMINIK PRZYBYLO (# 206-9153)**

CLASSIC LEGAL SUPPORT # 2022186-DCA
475 PARK AVE SOUTH, 23rd FLOOR
NEW YORK, NEW YORK 10016
TEL. (212) 889-3200