UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

BANK OF AMERICA, N.A.,

                           Plaintiff,

    -against-

THIRD AVENUE IMAGING, a New York limited
liability company, UNIQUE THIRD AVE LLC, a
New York limited liability company, UNIQUE
IMAGING SERVICES LLC, a New York limited
liability company, DISTINGUISHED
DIAGNOSTIC IMAGING, P.C., a New York
professional corporation, and JOEL REISMAN,
an individual,

                       Defendants.

_____X

Case No. 21-cv-05201

ORDER AND
**STIPULATION EXTENDING
TIME TO ANSWER**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff

BANK OF AMERICA, N.A. ("Plaintiff") and counsel for Defendants THIRD AVENUE

IMAGING, LLC, UNIQUE THIRD AVE LLC ("UTA"), UNIQUE IMAGING SERVICES LLC,

DISTINGUISHED DIAGNOSTIC IMAGING, P.C., and JOEL REISMAN (collectively,

"Defendants") that Defendants' time to answer or otherwise respond to Plaintiff's Verified

Complaint in the above-captioned matter has been extended to and including August 31, 2021.

Defendants waive all objections to service of process in the within action.

It is further stipulated and agreed that Defendant UTA will provide the Plaintiff with

reasonable access to conduct an appraisal of real property located at 2772-2774 and 2777-2781

Third Avenue, Bronx, NY 10451.

It is further stipulated and agreed that this Stipulation may be signed in counterparts, with

facsimile and PDF signatures having the same force and effect as original signatures.

[SIGNATURES ON NEXT PAGE]

Dated: August 6, 2021

WILSON, ELSER, MOSKOWITZ,                    ALLYN & FORTUNA LLP
EDELMAN & DICKER LLP

By: _____              By: _____
        Michael Adam Samuels                          Megan J. Muoio
*Attorneys for Plaintiff*                  *Attorneys for Defendants*
150 East 42nd Street                       1010 Avenue of the Americas, 3rd Floor
New York, New York 10017                   New York, New York 10018
Tel: (212) 490-3000                        Tel: (212) 213-8844


SO ORDERED:

_____
VINCENT L. BRICCETTI
United States District Judge

August 6, 2021