**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **BANK OF AMERICA, N.A.,** )<br>) <br>*Plaintiff,* )<br>v. )<br>)<br>**THIRD AVENUE IMAGING LLC**, a )<br>New York limited liability company, )<br>**UNIQUE THIRD AVE LLC**, a New York )<br>limited liability company, **UNIQUE** )<br>**IMAGING SERVICES LLC**, a New York )<br>limited liability company, )<br>**DISTINGUISHED DIAGNOSTIC** )<br>**IMAGING, P.C.,** a New York professional )<br>corporation, and **JOEL REISMAN,** an )<br>individual**,** )<br>*Defendants.* )<br>) | Case No. 21-cv-5201-VB |

## NOTICE OF MOTION FOR LEAVE TO AMEND VERIFIED COMPLAINT

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law in Support of Motion for Leave to Amend Verified Complaint (the "*Motion*"), the Declaration of Michael A. Samuels and the Exhibits attached hereto, and upon all the papers and proceedings had herein, plaintiff Bank of America, N.A. (the "*Plaintiff*") will respectfully move this Court, before the Honorable Vincent L. Briccetti, at the United States Courthouse for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601, on a date and time to be designated by the Court, for an Order pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure ("*Fed. R. Civ. Pro.*") granting the Plaintiff leave to amend the Plaintiff's Verified Complaint filed on June 11, 2021 (the "*Verified Complaint*") [ECF, Doc. 1], with the proposed Amended Verified Complaint, annexed to the Declaration of Michael A. Samuels as Exhibit "A," to correct a typographical error in the definition of "Obligors," as set forth in paragraph 13 of the Verified Complaint.

1

**PLEASE TAKE FURTHER NOTICE,** that any objection or response to the Motion shall be filed in accordance with Rule 6 of the Fed. R. Civ. Pro., the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and as directed by the Court.

Dated: New York, New York
July 8, 2022

        **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

        By: /s/Michael A. Samuels
           MICHAEL A. SAMUELS
           DANIEL F. FLORES
           150 East 42nd Street
           New York, New York 10017
           Tel: (212) 490-3000
           Direct: (212) 915-5735
           Fax: (212) 490-3038
           michael.samuels@wilsonelser.com
           daniel.flores@wilsonelser.com

        *Attorneys for Plaintiff Bank of America, N.A.*

[TO DEFENDANTS' COUNSEL]