UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 6/14/2022

--------------------------------------------------------------x

BANK OF AMERICA, N.A.,
Plaintiff,

v.

THIRD AVENUE IMAGING LLC, UNIQUE THIRD AVE LLC, UNIQUE IMAGING SERVICES LLC, DISTINGUISHED DIAGNOSTIC IMAGING, P.C., and JOEL REISMAN,
Defendants.

--------------------------------------------------------------x

**MEDIATION REFERRAL ORDER**

21 CV 5201 (VB)

As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1. This case is referred to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. All requests regarding the scheduling of mediation shall be addressed to the assigned mediator.

2. For the reasons stated on the record, plaintiff's motion for leave to amend the complaint (Doc. #58) is GRANTED. By **July 21, 2022**, plaintiff shall file the amended complaint. Defendants' answers to the amended complaint are due by **August 4, 2022**.

3. The deadline for completion of discovery is extended to **October 12, 2022**.

4. By **October 13, 2022**, counsel for defendants Third Avenue Imaging LLC, Unique Third Ave LLC, Unique Imaging Services LLC, and Joel Reisman shall submit a joint letter reflecting the input of all parties regarding the status of mediation and/or settlement discussions.

5. The next case management conference will be held on **October 20, 2022, at 9:30 a.m.**, to be conducted in person at the White Plains Courthouse, Room 620.

The Clerk is instructed to terminate the motion. (Doc. #58).

Dated: July 14, 2022
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge