# EXHIBIT "B"



# RESOLUTIONS AUTHORIZING EXECUTION OF GUARANTY
## (CORPORATION)

WHEREAS, Bank of America, N. A. (together with Bank of America Corporation and its subsidiaries and affiliates, collectively, "Bank") is unwilling to extend or continue to extend certain financial accommodations to Third Avenue Imaging LLC ("Borrower"), unless such obligations are guaranteed, in whole or part, by Distinguished Diagnostic Imaging, P.C., (the "Corporation"); and

WHEREAS, the Corporation has considered the value to itself of the business benefit that is expected from the accommodations to be extended or continue to be extended to Borrower and the required guaranty to be executed;

NOW, THEREFORE, BE IT RESOLVED, that the Corporation guarantee any and all obligations of Borrower to Bank in accordance with a guaranty (the "Guaranty") in such form and subject to such terms, conditions, and limitations as may be agreed upon by the Authorized Officers (as defined below) and Bank, and the Guaranty shall be in addition to amounts guaranteed for Borrower under any other resolution of the Corporation;

RESOLVED FURTHER, that the financial accommodations to be extended or continue to be extended to Borrower will result in a direct or indirect material benefit to the Corporation;

RESOLVED FURTHER, that Joel Reisman, the Authorized Signatory of the Corporation, acting individually (the "Authorized Officers"), is hereby authorized and directed, in the name of the Corporation, to execute and deliver to Bank, and Bank is requested to accept, the Guaranty;

RESOLVED FURTHER, that the Authorized Officers are hereby authorized and directed as security for the Guaranty to grant in favor of Bank a security interest in or lien on any real or personal property belonging to or under the control of the Corporation, and to execute and deliver to Bank any and all security agreements, deeds of trust, mortgages, financing statements, fixture filings or other instruments, agreements and documents as Bank may require and the Authorized Officers may approve;

RESOLVED FURTHER, that any and all of the instruments, agreements and documents referred to above may contain such recitals, covenants, agreements and other provisions as Bank may require and the Authorized Officers may approve, and the execution of such instruments, agreements and documents by the Authorized Officers shall be conclusive evidence of such approval, and that the Authorized Officers are authorized from time to time to execute amendments, renewals or extensions of any and all such instruments, agreements and documents;

RESOLVED FURTHER, that Bank is authorized to act upon these resolutions until written notice of revocation is received by Bank, and that the authority hereby granted shall apply with equal force and effect to the successors in office of the Authorized Officers.

## CERTIFICATE

I, John Rigley, M.D., President of Distinguished Diagnostic Imaging, P.C., a corporation organized and existing under the laws of the State of New York (the "Corporation"), hereby certify that the foregoing is a full, true and correct copy of resolutions of the Board of Directors of the Corporation, duly and regularly adopted by the Board of Directors of the Corporation in all respects as required by law and the by-laws of the Corporation at a meeting at which a quorum of the Board of Directors of the Corporation was present and the requisite number of such directors voted in favor of said resolutions, or by the

unanimous consent in writing of all members of the Board of Directors of the Corporation to the adoption of said resolutions.

    I further certify that said resolutions are still in full force and effect and have not been amended or revoked, and that the specimen signatures appearing below are the signatures of the officers authorized to sign for the Corporation by virtue of such resolutions.

Date: February 28, 2017

AUTHORIZED SIGNATURES

_____  
John Rigney, M.D, President

_____  
Joel Reisman., Authorized Signatory