UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BANK OF AMERICA, N.A., )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>THIRD AVENUE IMAGING LLC, a )<br>New York limited liability company, )<br>UNIQUE THIRD AVE LLC, a New York )<br>limited liability company, UNIQUE )<br>IMAGING SERVICES LLC, a New York )<br>limited liability company, )<br>DISTINGUISHED DIAGNOSTIC )<br>IMAGING, P.C., a New York professional )<br>corporation, and JOEL REISMAN, an )<br>individual, )<br>*Defendants.* )<br>_____) | Case No. 21-cv-5201-VB<br><br>...NICALL..<br>11/21/23 |

### STIPULATION [AND ORDER] BETWEEN PLAINTIFF BANK OF AMERICA, N.A. AND DEFENDANT DISTINGUISHED DIAGNOSTIC IMAGING, P.C. WITHDRAWING DEFENSES AND CONSENT FOR ENTRY OF FINAL JUDGMENT

WHEREAS, the Court entered an Opinion and Order dated June 5, 2023 [ECF, Doc. 88] (the "*Summary Judgment Order*") pursuant to which a Motion for Summary Judgment was granted in part with respect to the First, Second and Sixth Claims in the Amended Verified Complaint of the Plaintiff Bank of America, N.A. (the "*Plaintiff*") dated July 15, 2022 [ECF, Doc. 63] (the "*Amended Verified Complaint*") against the defendants Third Avenue Imaging LLC ("*TAI*") Unique Third Ave LLC ("*UTA*"), Unique Imaging Services LLC ("*UIS*"), and Joel Reisman ("*Reisman*," and collectively with TAI, UTA and UIS, the "*Reisman and LLC Defendants*"); and denied in part on the Second Claim (Foreclosure of Security Interest) and Sixth Claim (Breach of Guaranty) against the defendant Distinguished Diagnostic Imaging, P.C. ("*DDI*"); and

1

**WHEREAS**, a trial has been scheduled to commence on November 27, 2023 at 9:30 a.m.; and

**WHEREAS**, the defendant DDI has agreed to withdraw with prejudice its defenses to the Second and Sixth Claims asserted in its Answer dated July 27, 2022 [ECF, Doc. 65] to the Amended Verified Complaint; and

IT IS HEREBY STIPULATED AND AGREED THAT:

1. Defendant DDI hereby withdraws with prejudice its defenses with respect to the Second and Sixth Claims in the Amended Verified Complaint and consents to the entry of final judgment in favor of the Plaintiff for: (i) the foreclosure of the Plaintiff's security interest against defendant DDI (Second Claim) and (ii) a money judgment against the defendant DDI for the breach of a Guaranty (Sixth Claim) in the principal amount of $2,414,835.50, together with accrued and accruing contract rate interest through the date of entry of final judgment, together with Plaintiff's attorney's fees, costs and expenses.

2. In consideration for the foregoing, the Plaintiff agrees to waive accrued and accruing default rate interest (which is an additional 6% over the contract rate) in the final judgment as to the defendant DDI. Such waiver is without prejudice to Plaintiff's rights to seek entry of final judgment against the Reisman and LLC Defendants for all amounts due, including all principal, contract rate interest, default rate interest, attorneys' fees, costs and expenses.

3. Subject to the Court's instructions, the Plaintiff shall promptly file a proposed final Judgment in favor of the Plaintiff against (i) the Reisman and LLC Defendants in

furtherance of the previously entered Summary Judgment Order, and (ii) the defendant DDI pursuant to the terms of this Stipulation.

Dated: November 21, 2023

| Chapman and Cutler LLP | Paykin Krieg & Adams LLP |
|---|---|
| By:/s/Michael A. Samuels<br>Michael A. Samuels<br>1270 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212-655-2540<br>Email: msamuels@chapman.com<br>Attorneys for the Plaintiff<br>Bank of America, N.A. | By:/s/Joseph N. Paykin<br>Joseph N. Paykin<br>2500 Westchester Avenue, Suite 107<br>Purchase, NY 10577<br>Tel: 212-725-4428<br>Email: jpaykin@pka-law.com<br>Attorneys for defendant<br>Distinguished Diagnostic Imaging, P.C. |

SO ORDERED

_____  11/21/2023
HON. VINCENT L. BRICCETTI, U.S.D.J.