UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x
BANK OF AMERICA, N.A.,
                Plaintiff,

v.

THIRD AVENUE IMAGING LLC, UNIQUE
THIRD AVE LLC, UNIQUE IMAGING
SERVICES LLC, DISTINGUISHED
DIAGNOSTIC IMAGING, P.C., and JOEL
REISMAN,
                Defendants.
--------------------------------------------------------------x

**ORDER**

21 CV 5201 (VB)

      On December 6, 2023, plaintiff's counsel filed a proposed final judgment (Doc. #112), a declaration in support of the proposed final judgment (Doc. #113), and a letter describing interactions between counsel for plaintiff and counsel for defendants Third Avenue Imaging LLC, Unique Third Ave LLC, Unique Imaging Services LLC, and Joel Reisman (the "Reisman Defendants") prior to plaintiff's counsel filing the proposed final judgment. (Doc. #114).

      The same day, counsel for the Reisman Defendants filed a letter disputing the calculation of the amount to be awarded against the Reisman Defendants in the proposed final judgment, as well as the amount of plaintiff's attorneys fees to be borne by the Reisman Defendants. (Doc. #115).

      At this time, plaintiff has been granted summary judgment as to liability against the Reisman Defendants (Doc. #88), and plaintiff and defendant Distinguished Diagnostic Imaging, P.C. ("DDI"), have entered into a stipulation and order withdrawing DDI's affirmative defenses and consenting to entry of a final judgment awarding plaintiff a money judgment of $2,414,835.50 against DDI. (Doc. #109). Accordingly, the only remaining issues in this case appear to be (i) the amount of the final judgment to be awarded to plaintiff against the Reisman Defendants, and (ii) the amount of plaintiff's attorneys' fees the Reisman Defendants have to pay.

      The parties are directed to meet and confer and attempt to resolve or compromise on these issues. By December 21, 2023, counsel for plaintiff and the Reisman Defendants shall file a joint letter advising the Court whether these matters have been resolved on agreement and what disputes, if any, remain for the Court to resolve.

Dated: December 7, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge